FILED
4/5/2011 4:18:26
CLERK
U.S. BANKRUPTCY
COURT - PGH

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **John L. Palermo** | : | Chapter 13 |
| | : | |
| **Debtor** | : | Bankruptcy No. 10-27281-JKF |
| | : | |
| **John L. Palermo** | : | Adversary No. 11-02009-JKF |
| | : | |
| | : | Related to Document No. 1 |
| v.    **Plaintiff** | : | |
| | : | Hearing Date: May 25, 2011 |
| **GMAC Mortgage, LLC** | : | |
| | : | Hearing Time: 10:00 a.m. |
| | : | |
| **Defendant** | : | Rel to 8 |

### ORDER APPROVING STIPULATION

**AND NOW**, this 5th day of April, 2011, upon consideration of Plaintiffs' Complaint §506 Action to Determine Secured Status and Defendant's Answer thereto, and following consideration of the settlement agreement between the parties, it is hereby **ORDERED** that the settlement agreement is approved and shall survive and be enforceable following the closing of the bankruptcy case in chief. The Clerk of Bankruptcy Court may now close this adversary case.

BY THE COURT:

*Judith K. Fitzgerald*  ljm
**Judith K. Fitzgerald**
**U.S. Bankruptcy Judge**

cc:  Gary J. Gaertner, Esquire
Phelan Hallinan & Schmieg, LLP
555 Grant Street, Suite 360
Pittsburgh PA 15219

John L. Palermo
2828 Dwight Avenue
Pittsburgh, PA 15216

Lauren M. Lamb, Esquire
707 Grant Street, 28th Floor
Pittsburgh, PA 15219

Ronda J. Winnecour, Attorney & Trustee
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Plaintiff shall serve a copy of this order on the Chapter 13 Trustee by way of regular first class mail.
The Clerk shall close this Adversary